## 1. Identification of Copyrighted Work

The copyrighted work in question is the **Golden Vault**.

**Key Features of the Copyrighted Golden Vault:**

- Distinctive **yellow & black vault rim**
- Three white glowing strips
- Strategic placement in the **center of the combat area**
- **Illuminated vault interior**

**Vault model showcased from inside UEFN:**



## 2. Identification of Infringing Material

The Fortnite Creative map SIMPLE RED VS BLUE **(Island Code: 0973-5498-1594)** features an **unauthorized replication of our Golden Vault**, appearing both **in-game and in its promotional thumbnail**.





These images clearly illustrate the unauthorized replication of our copyrighted work.

### 3. Evidence of Unauthorized Access via Datamining

MM Games **never publicly shared the vault's assets** in any modifiable format, making it clear that the infringing party **obtained them through unauthorized means**. Possible methods of asset extraction include:

1. **Fortnite Porting Software** – A tool used to extract 3d assets, textures & animations from Fortnite, including the ability to extract from UEFN maps
2. **FModel** – Software capable of extracting in-game files and models from games made within Unreal Engine

Since these tools are commonly used for **datamining and unauthorized asset replication**, the presence of our **Golden Vault in their map and thumbnail proves deliberate infringement**.